McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>SEAN WESTLEY POWERS,<br><br>                              Defendant. | CASE NO. 2:19-CR-00171-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [~~PROPOSED~~] FINDINGS AND ORDER<br><br>DATE: November 12, 2019<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status hearing on November 12, 2019.

2.      By this stipulation, the defendant now moves to continue the status conference to until December 16, 2019, and to exclude time between November 12, 2019, and December 16, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case was produced to defense counsel on October 3, 2019.

1          b)        Defense counsel desires additional time to review the discovery,

2    conduct research into the case, to discuss the case with his client, and otherwise

3    prepare for trial in this matter.

4          c)        Counsel for defendant believes that failure to grant the above-

5    requested continuance would deny him the reasonable time necessary for effective

6    preparation, taking into account the exercise of due diligence.

7          d)        The government does not object to the continuance.

8          e)        Based on the above-stated findings, the ends of justice served by

9    continuing the case as requested outweigh the interest of the public and the

10   defendant in a trial within the original date prescribed by the Speedy Trial Act.

11         f)        For the purpose of computing time under the Speedy Trial Act, 18

12   U.S.C. § 3161, et seq., within which trial must commence, the time period of

13   November 12, 2019, to December 16, 2019, inclusive, is deemed excludable pursuant

14   to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a

15   continuance granted by the Court at defendant's request on the basis of the Court's

16   finding that the ends of justice served by taking such action outweigh the best

17   interest of the public and the defendant in a speedy trial.

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    4.      Nothing in this stipulation and order shall preclude a finding that other

2    provisions of the Speedy Trial Act dictate that additional time periods are excludable from

3    the period within which a trial must commence.

4         IT IS SO STIPULATED.

5

6

7    Dated:  November 6, 2019                    McGREGOR W. SCOTT
                                                  United States Attorney
8

9                                                /s/ JUSTIN L. LEE
                                                 JUSTIN L. LEE
10                                               Assistant United States Attorney

11

12
     Dated:  November 6, 2019                    /s/ MICHAEL E. HANSEN
13                                               MICHAEL E. HANSEN
                                                 (as authorized on November 5, 2019)
14                                               Counsel for Defendant
                                                 SEAN WESTLEY POWERS
15

16

17                        **FINDINGS AND ORDER**

18        IT IS SO FOUND AND ORDERED.

19   Dated:  November 7, 2019

20                                               WILLIAM B. SHUBB
                                                 UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28