Michael E. Hansen [SBN 191737]
Attorney-at-Law
711 Ninth Street, Suite 100
Sacramento, CA 95814
916.438.7711
Fax 916.864.1359

Attorney for Defendant
SEAN POWERS

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 2:19-CR-00171-WBS |
| Plaintiff, | ) **STIPULATION AND [~~PROPOSED~~]** |
| | ) **ORDER TO CONTINUE STATUS** |
| vs. | ) **CONFERENCE, AND TO EXCLUDE** |
| | ) **TIME PURSUANT TO THE SPEEDY** |
| SEAN POWERS, | ) **TRIAL ACT** |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Justin Lee, Assistant United States Attorney, attorney for plaintiff, and Michael E. Hansen, attorney for defendant Sean Powers, that the previously-scheduled status conference date of December 16, 2019, be vacated and the matter set for status conference on February 3, 2020, at 9:00 a.m.

This continuance is requested because defense counsel continues to review discovery received in this case and needs additional time to do so. Also, a plea agreement has been provide and requires additional time for consideration.

The Government concurs with this request.

Further, the parties agree and stipulate the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act

should therefore be excluded under 18 U.S.C. section 3161(h)(7)(B)(iv), corresponding to Local Code T4 (to allow defense counsel time to prepare), from the date of the parties' stipulation, December 6, 2018, to and including February 19, 2019.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: December 13, 2019                    Respectfully submitted,

                                           /s/ Michael E. Hansen
                                           MICHAEL E. HANSEN
                                           Attorney for Defendant
                                           SEAN POWERS

Dated: December 13, 2019                    McGREGOR SCOTT
                                           United States Attorney

                                           By: /s/ Michael E. Hansen for
                                           JUSTIN LEE
                                           Assistant U.S. Attorney
                                           Attorney for Plaintiff

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. section 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, December 13, 2019, to and including February 3, 2020, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act,

pursuant to 18 U.S.C. section 3161(h)(7)(B)(iv), and Local Code T4 (reasonable time for defense counsel to prepare). It is further ordered that the December 16, 2019, status conference shall be continued until February 3, 2020, at 9:00 a.m.

IT IS SO ORDERED.

Dated: December 13, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE