UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>SEAN WESTLEY POWERS,<br><br>Movant. | Nos. 2:21-cv-01929-WBS<br>     2:19-cr-0171 WBS DB  1<br><br><br>ORDER |

Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255.  Movant claims his criminal history was improperly calculated in the presentence report and his attorney was ineffective for failing to object to the presentence report.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 24, 2022, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  (ECF No. 41.)  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 24, 2022, are adopted in full; and

2. Movant's motion to vacate, set aside, or correct his sentence (ECF No. 33) is denied;

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253; and

4. The Clerk of the Court is directed to close the companion civil case, No. 2:21-cv-01929 WBS DB, and to enter judgment.

Dated:  September 23, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/powe0171.801.vac